■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW COLLETTA, Appellant. [996 NYS2d 920]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 15, 2013 (*People v Colletta*, 106 AD3d 927 [2013]), affirming a judgment of the Supreme Court, Queens County, rendered December 16, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Eng, P.J., Rivera, Dillon and Balkin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD DAVIS, Appellant. [996 NYS2d 923]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 6, 2000 (*People v Davis*, 277 AD2d 247 [2000]), affirming a judgment of the County Court, Westchester County, rendered July 21, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Austin, Cohen and Maltese, JJ., concur.